IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FARM BUREAU LIFE INSURANCE COMPANY

    Plaintiff in interpleader,

v.                                                                                                                           2:21-CV-00661-KRS/GBW

NICHOLAS SANDOVAL, GABRIELA SANDOVAL,
LAWRENCE SANDOVAL, AND OLGA SANDOVAL,

    Defendants in interpleader.

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon Plaintiff/Counter-Defendant Interpleader Farm Bureau Life Insurance Company and Defendants/Counter-Plaintiffs Nicholas Sandoval, Gabriela Sandoval, Lawrence Sandoval, and Olga Sandoval (collectively "Parties"), Stipulated Motion to Dismiss with Prejudice, for an Order dismissing the Complaint, Counter-claims and all causes of action stated therein or which could have been stated therein by the Parties on the grounds that all matters in controversy by and between the Parties and amongst the Parties have fully resolved; and the Court having read the pleadings and noting the concurrence of all counsel, and being fully advised in the premises, FINDS:

1.     That it has jurisdiction over the parties and the subject matter of this suit,

2.     Said Motion is well taken and should be granted.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Complaint, Counter-Claims and all causes of action stated therein or which could have been stated therein, filed by the Parties against each other be and hereby is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

IT IS SO ORDERED.

_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**Submitted and approved by:**

/s/Karen E. Wootton approved 10/29/21
Karen E. Wootton
Raúl A. Carrillo, Jr.
*Attorneys for Defendants*
*Nicholas and Gabriela Sandoval*

/s/Julio C. Romero approved 10/29/21
Julio C. Romero
David B. Martinez
*Attorneys for Defendants*
*Lawrence and Olga Sandoval*

*/s/ Meena H. Allen*
Meena H. Allen
Ashley J. Cook
*Attorneys for Farm Bureau Life*
*Insurance Company*